UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00052-LRH-WGC |
| Plaintiff, | ORDER |
| v. | |
| MATI SEFO, | |
| Defendant. | |

Before the Court is the Defendant Mati Sefo's ("Sefo") Pro Se Motion for Transfer of Supervised Release (ECF No. 49). The Government filed a Response (ECF No. 50). Sefo did not file a reply. For the reasons articulated in this Order, the Court denies the motion without prejudice.

On July 10, 2017, Sefo was convicted of Use of a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c), and was sentenced to eighty-four (84) months of imprisonment, followed by five (5) years of supervised release. ECF No. 35. On October 27, 2021, Sefo arrived at the Residential Reentry Center (RRC) in Las Vegas, Nevada after his conditions were modified to allow for up to 120 days of public law placement. The conditions were modified because Sefo's original release plan proposed that he release homeless in Las Vegas. ECF No. 50, 1:24-2:3.

1

Sefo has requested a transfer to the Eastern District of California as "he has no meaningful contacts or pillars of support in the State of Nevada." ECF No. 49, 3:7-8. Sefo's first request was to live with his mother, Seca Atkisson, and his second request was to be released to his girlfriend Jeaneth Reyes-Flores. ECF No. 49, 2:15-21. The Eastern District of California United States Probation Office denied both of Sefo's requests stating that because the defendant's brother, who is also a convicted felon, resided at the same address and in relation to his request to be released to Ms. Flores, Sefo lacked any familial or personal ties to the area and that Ms. Flores and Sefo had met over the phone during the defendant's incarceration and had no prior relationship. ECF No. 50, 2:8-15.

The Court agrees with the Government's position that the United States Bureau of Prisons ("USBOP") will release the defendant to the Nevada sentencing district due to him being sentenced here unless Sefo can develop a suitable release plan in another district. Sefo is directed to submit his release plan to the Eastern District of California ("ED/CA") for reconsideration or develop an alternative release plan in the event that the ED/CA again denies his release plan. Sefo is directed to discuss these issues with his USBOP Case Manager and seek to propose an alternative release plan as soon as feasibly possible. If Sefo fails to secure an approved release plan, he will need to report to the United States Probation Office in Reno or Las Vegas upon his release.

IT IS THEREFORE ORDERED that Sefo's Pro Se Motion for Transfer of Supervised Release to the Eastern District of California (ECF No. 49) is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED this 10th day of March, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE