UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00052-LRH-WGC |
| Plaintiff, | MINUTE ORDER |
| v. | July 7, 2023 |
| MATI SEFO, | |
| Defendant. | |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>  NONE APPEARING  </u>        REPORTER:  <u> NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>        NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>      NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS**:

Defendant Mati Sefo (Sefo) filed a *pro se* Motion for Transfer of Supervised Release to the Eastern District of California (ECF No. 49) on January 30, 2023 and the Government filed their Response on February 13, 2023. ECF No. 50.  Any replies were due by February 20, 2023. The Court docket does not show that any reply was filed. On March 10, 2023, the Court denied Mr. Sefo's Motion. ECF No. 51.

On March 20, 2023, Mr. Sefo filed a Second Motion for Relocation of Supervised Release (ECF No. 52) stating that he mailed his reply on February 17, 2023 and a supplemental information in support of his reply on March 6, 2023. ECF No. 52, 1-2. The Court has now received his Reply (ECF No. 53), however shows no record of a supplemental information in support of his reply.

The Court having reviewed Mr. Sefo's Reply does not change its position. The Court again directs Mr. Sefo to discuss these issues with his USBOP Case Manager and seek an alternative release plan.

Good cause appearing, IT IS THEREFORE ORDERED that Mr. Sefo's Second Motion for Relocation of Supervised Release (ECF No. 52) is **DENIED** without prejudice.

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT