UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MATI SEFO aka DEREK ATKISSON (True Name),<br><br>　　　　　Defendant. | Case No. 3:16-cr-00052-LRH-CLB<br><br>MINUTE ORDER<br><br>April 29, 2024 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):           NONE APPEARING

COUNSEL FOR DEFENDANT(S):           NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

　　　Before the Court is Defendant Mati Sefo aka Derek Atkisson's (True Name) motion to modify pretrial release conditions and a request for expedited briefing schedule. ECF No. 67. Specifically, Defendant requests the Court to eliminate the drug and gambling counseling requirements imposed at Defendant's initial appearance on revocation of supervised release. *Id.* at 1. Defendant argues that neither the Government nor Probation recommended these conditions and Defendant was recently assessed for both a drug and gambling addiction and it was determined he did not need treatment. *Id.* at 2-3. Currently, a hearing on revocation of supervised release is set for Tuesday, May 7, 2024 at 11:00 a.m. before United States District Judge Larry R. Hicks.

　　　Good cause appearing, IT IS ORDERED that the drug and gambling counseling requirements imposed are suspended until Tuesday, May 7, 2024 at the hearing on revocation of supervised release.

1

IT IS FURTHER ORDERED that the issues raised in Defendant's motion will be addressed at his hearing on revocation of supervised release.

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE