RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Mati Sefo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00052-HDM-CLB |
| Plaintiff, | ORDER GRANTING **STIPULATION TO DISMISS PETITION AND VACATE REVOCATION HEARING** |
| v. | (First Request) |
| MATI SEFO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Mati Sefo, that the Revocation Hearing currently scheduled on August 20, 2024, be vacated and the petition at ECF No. 55 be dismissed.

This Stipulation is entered into for the following reasons:

1. On May 7, 2024, defendant appeared before the Court and admitted to the violations in ECF No. 55. ECF No. 72.

2. At the same hearing, the parties recommended that the Court hold sentencing in abeyance for three months for the defendant to come into compliance with his conditions of supervised release. The parties recommended that if the defendant successfully comes into

compliance, the parties will jointly move to dismiss the petition at ECF No. 55 and recommend that the defendant be continued on his current term of supervision. ECF No. 72. The Court accepted the parties' recommendation and set a status check for August 20, 2024. ECF No. 72, 76.

3. As of the filing of this stipulation, the defendant has come into compliance with the terms of his supervision. The parties therefore respectfully request that the Court dismiss the petition at ECF No. 55 without prejudice, vacate the hearing set for August 20, 2024, and continue Mr. Atkisson on his current term of supervised release.

4. The parties have conferred with Mr. Atkisson's probation officer and understands that Probation is in agreement with this resolution.

DATED this 13th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Andrew Keenan*<br>ANDREW KEENAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATI SEFO,<br><br>　　　　　Defendant. | Case No. 3:16-cr-00052-HDM-CLB<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 20, 2024 at 11:00 a.m. in Reno Courtroom 4 is VACATED, and the petition (ECF Nos. 55 & 75) is DISMISSED WITHOUT PREJUDICE.

Dated this 16th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE